*Monday, February 8, 1999*

## MERIT DOCKET

**98–259.   State ex rel. Brown v. Indus. Comm.**
Franklin App. No. 97APD02–253. This cause, here on appeal from the Court of Appeals for Franklin County, was considered in the manner prescribed by law. Upon consideration of appellee's motion to dismiss,
    IT IS ORDERED by the court that the motion to dismiss be, and hereby is, sustained. IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed. MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.